ALEXIS G. PADILLA
Attorney at Law
575 Decatur Street #3
Brooklyn, NY 11233
Tel. 917 238 2993
alexpadilla722@gmail.com

**MEMO ENDORSED**

January 20, 2020

**BY ECF**
Hon. District Judge Ronnie Abrams
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/20

Re:   **Davis v. City of New York, et al.**
      19 CV 4655 (RA)

Your Honor:

My office represents the plaintiff, Bryan Davis, in the above-referenced matter. I write to respectfully request an adjournment of the initial conference currently scheduled for Friday, January 24th at 11:45 A.M. I have another conference that was previously scheduled before Magistrate Judge Bulsara in the Eastern District that will overlap with the conference before Your Honor. I have conferred with opposing counsel and they consent to this request. We have agreed on January 30th and February 3rd as potential adjournment dates that work for both sides. This is plaintiff's first request for an adjournment of this conference. I thank the Court in advance for its time and attention to this matter.

Respectfully submitted,

/s/

*Alexis G. Padilla, Esq.*
*Attorney for Bryan Davis*

Cc:   **BY ECF**
      James Jimenez, Esq.
      New York City Law Dept.
      Attorneys for Defendants

Application granted. The initial conference scheduled for January 24, 2020 is hereby adjourned to January 30, 2020 at 11:30 a.m.

SO ORDERED.

Hon. Ronnie Abrams
1/21/2020