UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

BRYAN DAVIS                                                    **ORDER TO PRODUCE**

                                       Plaintiff,                        19-CV-4655 (LJL)

        -against-

CITY OF NEW YORK, et al.,

                                       Defendants.

----------------------------------------------------------------x

LEWIS J. LIMAN, United States District Judge:

      **IT IS HEREBY ORDERED:** that the Superintendent or other official in charge of the Five Points Correctional Facility, located in Romulus, New York, produce inmate Bryan Davis, DIN No. 19-A-1837, at a location within the facility with a telephone for the ordered video deposition on January 12, ~~2020~~ 2021, and for so long thereafter, as the deposition continues, and that plaintiff appear in such place as designated by the Superintendent or other official in charge of the Five Points Correctional Facility so that he may attend the scheduled video deposition.

Dated: New York, New York
       ~~January 5, 2021~~
       January 6, 2021                                    HON. LEWIS J. LIMAN, U.S.D.J.